IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00236-EWN-MEH

STEPHANIE TROUT,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,
an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 30, 2006.**

    Plaintiff having indicated no opposition, and the request being timely, the Motion to Amend Answer [Filed June 29, 2006; Docket #19] is **granted**.

    On or before July 7, 2006, the Defendant shall file its Amended Answer to Complaint and Jury Demand with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Answer to Complaint and Jury Demand shall be in the same format and substance of that which was tendered with Defendant's Motion to Amend Answer on June 29, 2006.