IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00236-REB-MEH

STEPHANIE TROUT,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY,
an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 8, 2009.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed September 4, 2009; docket #72] is **granted**.  Counsel for the parties shall conference together and call my Chambers **on or before September 15, 2009** to obtain an alternate date for the settlement conference.