IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00236-REB-MEH

STEPHANIE TROUT,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2010.**

    Defendant's Unopposed Motion to Vacate and Reset Final Pretrial Conference [filed February 18, 2010; docket #83] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. Moreover, the Scheduling Order may be modified only for good cause; Defendant has articulated no reason for the request to vacate and reschedule the pretrial conference.