IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00236-REB-MEH

STEPHANIE TROUT,

    Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2010.**

    The unopposed Motion to Withdraw filed by Jeremy Sitcoff [filed June 2, 2010; docket #103] is **granted**. Mr. Sitcoff's representation of Plaintiff is hereby terminated. Plaintiff will continue to be represented by the firm of Roberts Levin Rosenberg P.C.